928

No. 388, Misc.   BROWN v. HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas.   Certiorari denied.

No. 392, Misc.   MATHIS v. RAGEN, WARDEN.   Circuit Court of Peoria County, Illinois.   Certiorari denied.

No. 394, Misc.   HOLIDAY v. WARDEN OF THE MARYLAND STATE PENITENTIARY.   Court of Appeals of Maryland. Certiorari denied.

No. 397, Misc.   MEYERS v. WILSON ET AL., JUSTICES OF THE SUPREME COURT OF ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 402, Misc.   SWAIN v. DUFFY, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 406, Misc.   EAGLE v. CHERNEY ET AL.   Court of Appeals of New York.   Certiorari denied.

No. 411, Misc.   GORE v. RAGEN, WARDEN.   Superior Court of Cook County, Illinois.   Certiorari denied.

*Rehearing Denied.*

No. 22.   VERMILYA-BROWN CO., INC. ET AL. v. CONNELL ET AL., 335 U. S. 377.   Rehearing denied.

No. 45.   FISHER v. PACE, SHERIFF, *ante*, p. 155.   Rehearing denied.

No. 244.   OTT, COMMISSIONER OF PUBLIC FINANCE, ET AL. v. MISSISSIPPI VALLEY BARGE LINE CO. ET AL., *ante*, p. 169.   Rehearing denied.